# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-12994-ELF

DARRELL STANLEY SCHAIBLE
TIFFANY GAYE SCHAIBLE
3697 Robin Road

Furlong, PA 18925

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DARRELL STANLEY SCHAIBLE
    TIFFANY GAYE SCHAIBLE
    3697 Robin Road

    Furlong, PA 18925

**Counsel for debtor(s), by electronic notice only.**
    WILLIAM D. SCHROEDER JR ESQ
    920 LENMAR DR

    BLUE BELL, PA 19422-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                            /s/ William C. Miller

Date: 7/18/2017

                                                         _____
                                                         William C. Miller, Esquire
                                                         Chapter 13 Standing Trustee