United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Darrell Stanley Schaible
Tiffany Gaye Schaible
    Debtors

Case No. 17-12994-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Nov 07, 2017
                     Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13913029       E-mail/PDF: cbp@onemainfinancial.com Nov 08 2017 01:26:08      ONEMAIN,    P.O. BOX 3251,     EVANSVILLE, IN 47731-3251
                                                                                                                                                                                                                                                                          TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2017                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2017 at the address(es) listed below:
            MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
            PETER E. MELTZER    on behalf of Creditor    OneMain Financial of Pennsylvania, Inc. bankruptcy@wglaw.com, state@wglaw.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
            WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
            WILLIAM D. SCHROEDER, JR    on behalf of Debtor Darrell Stanley Schaible schroeder@jrlaw.org, Healey@jrlaw.org
            WILLIAM D. SCHROEDER, JR    on behalf of Joint Debtor Tiffany Gaye Schaible schroeder@jrlaw.org, Healey@jrlaw.org
                                                                                                                                                                                                                                                                                 TOTAL: 7

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-12994-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Darrell Stanley Schaible
3697 Robin Road
Furlong PA 18925

Tiffany Gaye Schaible
3697 Robin Road
Furlong PA 18925

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/07/2017.

Name and Address of Alleged Transferor(s):

Claim No. 4: ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    11/09/17

Tim McGrath
**CLERK OF THE COURT**