IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Darrell Stanley Schaible AKA** | : | Case No.: 17-12994 |
| **Darrell Schaible** | : | **Chapter 13** |
| **Tiffany Gaye Schaible FKA Tiffany** | : | Judge Eric L. Frank |
| **White, AKA Tiffany G. Schaible** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| Debtor(s). | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, THE DEBTOR AND HIS ATTORNEY OF RECORD HEREIN AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C.

Section 102(1) and all other applicable law, the undersigned, as counsel of record for Wells

Fargo Bank, N.A.

, its successor and assigns ("Creditor"), a creditor of the above-named Debtor and a party-in-

interest in the captioned bankruptcy case, hereby requests that all notices given or required to be

given in this case, and all papers served or required to be served in this case, be given to and

served upon the undersigned at the following office, address and telephone number:

> Karina Velter, Esquire
> MANLEY DEAS KOCHALSKI LLC
> P.O. Box 165028
> Columbus, OH  43216-5028
> 614-222-4921
> Atty File No.: 17-041429

The foregoing request includes not only the notices and papers referred to in the Rules specified

above, but also includes without limitation, orders and notices of any application, motion,

petition, pleading, request, complaint or demand, whether formal or informal, whether written or

17-041429_BAS1

oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affect or seek to affect in any way any rights or interest of the Debtor.

    Respectfully submitted,

    /s/ Karina Velter
    Karina Velter, Esquire (94781)
    Kimberly A. Bonner
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH  43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Karina Velter.
    Contact email is kvelter@manleydeas.com

17-041429_BAS1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Darrell Stanley Schaible AKA** | : | Case No.: 17-12994 |
| **Darrell Schaible** | : | Chapter 13 |
| **Tiffany Gaye Schaible FKA Tiffany** | : | Judge Eric L. Frank |
| **White, AKA Tiffany G. Schaible** | : | * * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| Debtor(s). | : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and

Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107

William D. Schroeder Jr., Attorney for Darrell Stanley Schaible AKA Darrell Schaible and Tiffany Gaye Schaible FKA Tiffany White, AKA Tiffany G. Schaible, 262A Bethlehem Pike, Suite 102, Colmar, PA 18915, schroeder@jrlaw.org

The below listed parties were served via regular U.S. Mail, postage prepaid, on December 7, 2017:

Darrell Stanley Schaible AKA Darrell Schaible and Tiffany Gaye Schaible FKA Tiffany White, AKA Tiffany G. Schaible, 3697 Robin Road, Furlong, PA 18925

Darrell Stanley Schaible AKA Darrell Schaible and Tiffany Gaye Schaible FKA Tiffany White, AKA Tiffany G. Schaible, 3697 Robin Rd, Furlong, PA 18925

DATE: _December 7, 2017_

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner
Manley Deas Kochalski LLC
P.O. Box 165028

17-041429_BAS1

Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

17-041429_BAS1