United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Darrell Stanley Schaible  
Tiffany Gaye Schaible  
    Debtors

Case No. 17-12994-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Dec 22, 2017  
                         Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2017.  
13995597       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096  
               (address filed with court:   Nationstar Mortgage, LLC,    P.O. Box 619096,   Dallas, TX 75261-9741)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2017                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2017 at the address(es) listed below:  
         KARINA   VELTER     on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
         PETER E. MELTZER     on behalf of Creditor    OneMain Financial of Pennsylvania, Inc. bankruptcy@wglaw.com, state@wglaw.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com, philaecf@gmail.com  
         WILLIAM D. SCHROEDER, JR    on behalf of Joint Debtor Tiffany Gaye Schaible schroeder@jrlaw.org, Healey@jrlaw.org  
         WILLIAM D. SCHROEDER, JR    on behalf of Debtor Darrell Stanley Schaible schroeder@jrlaw.org, Healey@jrlaw.org  
                                                  TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-12994-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Darrell Stanley Schaible<br>3697 Robin Road<br>Furlong PA 18925 | Tiffany Gaye Schaible<br>3697 Robin Road<br>Furlong PA 18925 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/21/2017.

Name and Address of Alleged Transferor(s):

Claim No. 20: Nationstar Mortgage, LLC, P.O. Box 619096, Dallas, TX 75261-9741

Name and Address of Transferee:

Wells Fargo Bank, N.A.
Attn: Payment Processing
MAC #X2302-04C
One Home Campus
Des Moines, IA 50328

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/24/17

Tim McGrath
**CLERK OF THE COURT**