*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Darrell Stanley Schaible and Tiffany Gaye Schaible
      Debtor(s)

Chapter: 13
Bankruptcy No: 17–12994–elf

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this January 2,2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                       Eric L. Frank
                                                                       Chief Judge ,
                                                                       United States Bankruptcy Court