**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    DARRELL STANLEY SCHAIBLE | : | |
|    and TIFFANY GAYE SCHAIBLE, | : | |
|                    Debtors | : | Bky. No.  17-12994  ELF |

# O R D E R

**AND NOW,** the Debtors having filed a Motion to Convert Chapter 13 Case to Chapter 7 ("the Motion"),

**AND**, it being unnecessary to file a motion to convert a case from chapter 13 to chapter 7 pursuant to 11 U.S.C. §1307(a), see Fed. R. Bankr. P. 1017(f)(3),

It is hereby **ORDERED** that the Motion shall be treated as a Notice of Conversion.

**Date: August 7, 2018**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE