```
                             United States Bankruptcy Court
                             Eastern District of Pennsylvania

In re:                                                                  Case No. 17-12994-elf
Darrell Stanley Schaible                                                Chapter 7
Tiffany Gaye Schaible
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0313-2           User: Randi                  Page 1 of 2                  Date Rcvd: Aug 07, 2018
                               Form ID: 210U                Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2018.
db/jdb         +Darrell Stanley Schaible,    Tiffany Gaye Schaible,    3697 Robin Road,    Furlong, PA 18925-1169
13963842        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
13908954       +Amex,   Correspondence,    Po Box 981540,   El Paso, TX 79998-1540
13908955       +Anthem Blue Cross - Central Region,    Dept. WRX,   P.O. Box 727,    Wilkes Barre, PA 18703-0727
13970233       +Apex Asset Manangement LLC.,    PO BOX 5407,   Lancaster PA 17606-5407
13908956        Apext Asset Management LLC,    2501 Oregon Pike, Suite 102,    Lancaster, PA 17601-4890
13969770        CACH, LLC its successors and assigns as assignee,    of Avant,    Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
13954623        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13908958       +Chase Card,    Attn: Correspondence,    Po Box 15298,   Wilmington, DE 19850-5298
13908959       +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,     Po Box 790040,
                 Saint Louis, MO 63179-0040
13908960       +Citizens Bank, N.A.,    1 Citizens Drive,   Mailstop ROP15B,    Riverside, RI 02915-3026
13969675        Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
13908962       +Fed Loan Sevicing,   Po Box 69184,    Harrisburg, PA 17106-9184
13908963       +Financial Recoveries,    Po Box 1388,   Mount Laurel, NJ 08054-7388
14025450        Karina Velter, Esquire,    MANLEY DEAS KOCHALSKI LLC,    P.O. Box 165028,
                 Columbus, OH 43216-5028
13908966       +Macy's,   Bankruptcy Processing,    PO Box 8053,   Mason, OH 45040-8053
13995597       ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,      P.O. Box 619096,
                 Dallas, TX 75261-9741)
13908967       +NationStar Mortgage,    Bankruptcy Department,   PO Box 619094,    Dallas, TX 75261-9094
13908968        One Main,   187 Kenwood Drive N,    Suite C,   Levittown, PA 19055-2460
13908972       +Target,   C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
13971000        U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
13908973       +Virtua Health Memorial,    2 Brighton Road,   Clifton, NJ 07012-1663
13908974       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053
14031319       +Wells Fargo Bank, N.A.,    Attn: Payment Processing,    MAC #X2302-04C,   One Home Campus,
                 Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 08 2018 02:29:38     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 08 2018 02:29:28     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: cbp@onemainfinancial.com Aug 08 2018 02:33:32
                 OneMain Financial of Pennsylvania, Inc.,     PO Box 3251,    Evansville, IN 47731-3251
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2018 02:33:07
                 PRA Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 02:33:01     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13908957       +E-mail/Text: bk@avant.com Aug 08 2018 02:29:54     Avant Credit, Inc,    640 N La Salle St,
                 Suite 535,   Chicago, IL 60654-3731
13908961        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 08 2018 02:28:44
                 Comenity Bank/Victoria Secret,    Po Box 18215,   Columbus, OH 43218
13908964        E-mail/Text: cio.bncmail@irs.gov Aug 08 2018 02:28:38     Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
13908965       +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 08 2018 02:28:36     Kohls/Capital One,
                 Kohls Credit,   Po Box 3043,    Milwaukee, WI 53201-3043
13941522        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2018 02:33:43
                 LVNV Funding, LLC its successors and assigns as,     assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13968361       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 08 2018 02:29:09     MIDLAND FUNDING LLC,
                 PO BOX 2011,   WARREN, MI 48090-2011
13913029        E-mail/PDF: cbp@onemainfinancial.com Aug 08 2018 02:33:32     ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
13908969       +E-mail/PDF: cbp@onemainfinancial.com Aug 08 2018 02:33:36     OneMain Financial,
                 605 Munn Road,   Fort Mill, SC 29715-8421
13999421        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2018 02:59:47
                 Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
13910357       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2018 02:34:17
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13919624        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 08 2018 02:28:58
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa. 17128-0946
13964842        E-mail/Text: bnc-quantum@quantum3group.com Aug 08 2018 02:28:48
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA 98083-0788
```

```
District/off: 0313-2           User: Randi                Page 2 of 2                  Date Rcvd: Aug 07, 2018
                               Form ID: 210U              Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13908970      +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 02:33:01      Syncb/Toys 'R' Us,
               Po Box 965064,    Orlando, FL 32896-5064
13908971      +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 02:34:10      Synchrony Bank/Lowes,
               Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
13961333      +E-mail/Text: bncmail@w-legal.com Aug 08 2018 02:29:15      TD BANK USA, N.A.,
               C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
13945328      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 08 2018 02:44:35      Verizon,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA   17128-0946
13917981*     +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3026
14010776*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,     PO Box 41067,
                Norfolk, VA 23541)
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2018 at the address(es) listed below:

```
          KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          PETER E. MELTZER    on behalf of Creditor    OneMain Financial of Pennsylvania, Inc.
           bankruptcy@wglaw.com, mrivera@wglaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM D. SCHROEDER, JR    on behalf of Joint Debtor Tiffany Gaye Schaible schroeder@jrlaw.org,
           Healey@jrlaw.org
          WILLIAM D. SCHROEDER, JR    on behalf of Debtor Darrell Stanley Schaible schroeder@jrlaw.org,
           Healey@jrlaw.org
                                                                                              TOTAL: 8
```

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Darrell Stanley Schaible and Tiffany Gaye Schaible

Case No: 17−12994−elf

    Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 8/7/18

For The Court

Timothy B. McGrath
Clerk of Court

44
Form 210U