United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-12994-elf
Darrell Stanley Schaible                                                  Chapter 13
Tiffany Gaye Schaible
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1            Date Rcvd: Aug 07, 2018
                             Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2018.
db/jdb        +Darrell Stanley Schaible,    Tiffany Gaye Schaible,    3697 Robin Road,    Furlong, PA 18925-1169

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2018 at the address(es) listed below:
          KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          PETER E. MELTZER    on behalf of Creditor    OneMain Financial of Pennsylvania, Inc.
           bankruptcy@wglaw.com,  mrivera@wglaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM D. SCHROEDER, JR    on behalf of Joint Debtor Tiffany Gaye Schaible schroeder@jrlaw.org,
           Healey@jrlaw.org
          WILLIAM D. SCHROEDER, JR    on behalf of Debtor Darrell Stanley Schaible schroeder@jrlaw.org,
           Healey@jrlaw.org
                                                                                       TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                :          Chapter 13
    **DARRELL STANLEY SCHAIBLE**    :
    **and TIFFANY GAYE SCHAIBLE,**   :
        Debtors                :          Bky. No.  17-12994  ELF

## O R D E R

    **AND NOW,**  the Debtors having filed a Motion to Convert Chapter 13 Case to Chapter 7

("the Motion"),

    **AND**, it being unnecessary to file a motion to convert a case from chapter 13 to chapter 7

pursuant to 11 U.S.C. §1307(a), see Fed. R. Bankr. P. 1017(f)(3),

    It is hereby **ORDERED** that the Motion shall be treated as a Notice of Conversion.

**Date: August 7, 2018**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**