## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 17-12994-elf** |
| **Darrell Stanley Schaible AKA Darrell Schaible** : | **Chapter 7** |
| : | **Judge Eric L. Frank** |
| **Tiffany Gaye Schaible FKA Tiffany White, AKA Tiffany G. Schaible** : | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** : | |
| : | |
| **Wells Fargo Bank, N.A.** : | Date and Time of Hearing |
| : | Place of Hearing |
| **Movant,** : | **September 26, 2018 at 10:00 a.m.** |
| : | |
| **vs** : | |
| : | **U.S. Bankruptcy Court** |
| **Darrell Stanley Schaible AKA Darrell Schaible** : | **900 Market Street, Courtroom #1** |
| : | **Philadelphia, PA, 19107** |
| **Tiffany Gaye Schaible FKA Tiffany White, AKA Tiffany G. Schaible** : | |
| **Robert H. Holber** | |
| **Respondents.** | |

### NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Wells Fargo Bank, N.A. has filed a Moiton for Relief From the Automatic Stay to Permit Wells Fargo Bank, N.A. to Foreclose on 3697 Robin Rd, Furlong, PA 18925 and Abandonment of Property.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before September 14, 2018 you or your attorney must do **ALL** of the following:

   A.  File an answer explaining your position at:

   **Clerk, U.S. Bankruptcy Court**
   U.S. Bankruptcy Court
   900 Market Street
   Philadelphia, PA, 19107

17-041429_LMS1

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

B. Mail a copy to the Creditor's attorney and the below listed:

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Robert H. Holber
41 East Front Street
Media, PA  19063

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Eric L. Frank on September 26, 2018 at 10:00 a.m. in U.S. Bankruptcy Court, 900 Market Street, Courtroom #1, Philadelphia, PA, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE:  8/30/18

17-041429_LMS1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 17-12994 |
| **Darrell Stanley Schaible AKA Darrell** | : **Chapter 7** |
| **Schaible** | : **Judge Eric L. Frank** |
| **Tiffany Gaye Schaible FKA Tiffany** | : * * * * * * * * * * * * * * * * * * * |
| **White, AKA Tiffany G. Schaible** | |
| | |
| **Debtor(s)** | |
| | : |
| **Wells Fargo Bank, N.A.** | : **Date and Time of Hearing** |
| | : **Place of Hearing** |
| Movant, | : **September 26, 2018 at 10:00 a.m.** |
| | : |
| vs | : |
| | : **U.S. Bankruptcy Court** |
| **Darrell Stanley Schaible AKA Darrell** | : **900 Market Street, Courtroom #1** |
| **Schaible** | : **Philadelphia, PA, 19107** |
| **Tiffany Gaye Schaible FKA Tiffany** | : |
| **White, AKA Tiffany G. Schaible** | |
| | |
| **Robert H. Holber** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Motion, Response Deadline, and Hearing Date regarding Moiton for Relief From the Automatic Stay to Permit Wells Fargo Bank, N.A. to Foreclose on 3697 Robin Rd, Furlong, PA 18925 and Abandonment of Property was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

Robert H. Holber, Chapter 7 Trustee, 41 East Front Street, Media, PA  19063

William D. Schroeder Jr., Attorney for Darrell Stanley Schaible AKA Darrell Schaible and Tiffany Gaye Schaible FKA Tiffany White, AKA Tiffany G. Schaible, 920 Lenmar Drive, Blue Bell, PA  19422, schroeder@jrlaw.org

17-041429_LMS1

The below listed parties were served via regular U.S. Mail, postage prepaid, on August __30__, 2018:

Darrell Stanley Schaible AKA Darrell Schaible and Tiffany Gaye Schaible FKA Tiffany White, AKA Tiffany G. Schaible, 3697 Robin Road, Furlong, PA  18925

Darrell Stanley Schaible AKA Darrell Schaible and Tiffany Gaye Schaible FKA Tiffany White, AKA Tiffany G. Schaible, 3697 Robin Rd, Furlong, PA 18925

Citizens Bank, N.A., 1 Citizens Drive, Mailstop ROP15B, Riverside, RI  02915

DATE: __8/30/18__

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

17-041429_LMS1