UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  DARRELL STANLEY SCHAIBLE    §    Case No. 17-bk-12994
TIFFANY GAYE SCHAIBLE    §
§
Debtor(s)    §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

William C Miller, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was filed on 04/28/2017.

2) The plan was confirmed on 01/02/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was converted on 08/07/2018.

6) Number of months from filing or conversion to last payment: 13.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $61,525.10.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 6,417.36 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 6,417.36 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 486.25 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 486.25 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WILLIAM D. SCHROEDER JR ESQ | Lgl | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSO | Uns | 0.00 | 4,720.33 | 4,720.33 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 0.00 | 7,799.88 | 7,799.88 | 5,275.66 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 5,908.94 | 5,908.94 | 0.00 | 0.00 |
| ONEMAIN FINANCIAL | Sec | 0.00 | 6,860.61 | 270.82 | 0.00 | 0.00 |
| ONEMAIN FINANCIAL | Uns | 0.00 | 5,009.66 | 5,009.66 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSO | Uns | 0.00 | 9,137.42 | 9,137.42 | 0.00 | 0.00 |
| CITIZENS BANK | Sec | 0.00 | 35,493.53 | 35,493.53 | 0.00 | 0.00 |
| PENNSYLVANIA DEPT. OF REVENUE | Pri | 0.00 | 969.06 | 969.06 | 655.45 | 0.00 |
| PENNSYLVANIA DEPT. OF REVENUE | Uns | 0.00 | 63.75 | 63.75 | 0.00 | 0.00 |
| LVNV FUNDING | Uns | 0.00 | 18,757.32 | 18,757.32 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE | Uns | 0.00 | 143.28 | 143.28 | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 0.00 | 481.40 | 481.40 | 0.00 | 0.00 |
| LVNV FUNDING | Uns | 0.00 | 10,150.22 | 10,150.22 | 0.00 | 0.00 |
| LVNV FUNDING | Uns | 0.00 | 4,168.93 | 4,168.93 | 0.00 | 0.00 |
| TD BANK USA N.A. | Uns | 0.00 | 420.95 | 420.95 | 0.00 | 0.00 |
| AMERICAN EXPRESS | Uns | 0.00 | 951.89 | 951.89 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AS AGENT | Uns | 0.00 | 358.73 | 358.73 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 1,430.11 | 1,430.11 | 0.00 | 0.00 |
| DEPARTMENT STORE NATIONAL | Uns | 0.00 | 1,937.67 | 1,937.67 | 0.00 | 0.00 |
| RESURGENT CAPITAL SVCS | Uns | 0.00 | 13,983.22 | 13,983.22 | 0.00 | 0.00 |
| APEX ASSET MANAGEMENT | Uns | 0.00 | 3,257.97 | 3,257.97 | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION | Uns | 0.00 | 22,864.05 | 22,864.05 | 0.00 | 0.00 |
| WELLS FARGO HOME MTG | Sec | 0.00 | 340,084.61 | 340,084.61 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 35,493.53 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 340,084.61 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 270.82 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 375,848.96 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 8,768.94 | $ 5,931.11 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 8,768.94 | $ 5,931.11 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 103,745.84 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 486.25 |
| Disbursements to Creditors | $ 5,931.11 |
| **TOTAL DISBURSEMENTS:** | $ 6,417.36 |

UST Form 101-13-FR-S (9/1/2009)

     12)  The Trustee certifies that the foregoing summary is true and complete and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests that the Trustee be discharged and granted such other relief as may be just and proper.

Date:  09/05/2018         By:  William C. Miller
                                         Chapter 13 Standing Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.