**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 17-12994-elf** |
| **Darrell Stanley Schaible AKA Darrell Schaible** | : | **Chapter 7** |
| | : | **Judge Eric L. Frank** |
| **Tiffany Gaye Schaible FKA Tiffany White, AKA Tiffany G. Schaible** | : | * * * * * * * * * * * * * * * * * * * |
| | | |
| **Debtor(s)** | : | |
| | : | |
| **Wells Fargo Bank, N.A.** | : | **Date and Time of Hearing** |
| | : | **Place of Hearing** |
| Movant, | : | **September 26, 2018 at 10:00 a.m.** |
| | : | |
| vs | : | |
| | : | **U.S. Bankruptcy Court** |
| **Darrell Stanley Schaible AKA Darrell Schaible** | : | **900 Market Street, Courtroom #1** |
| | : | **Philadelphia, PA, 19107** |
| **Tiffany Gaye Schaible FKA Tiffany White, AKA Tiffany G. Schaible** | : | |
| | | |
| **Robert H. Holber** | | |
| **Respondents.** | | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT WELLS FARGO BANK, N.A.**
**TO FORECLOSE ON 3697 ROBIN RD, FURLONG, PA 18925 (DOCUMENT NO. 51)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on August 30, 2018 at Document No. 51 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 14, 2018.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

17-041429_LMS1

/s/ Karina Velter
---
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

17-041429_LMS1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 17-12994-elf** |
| **Darrell Stanley Schaible AKA Darrell** : | **Chapter 7** |
| **Schaible** : | **Judge Eric L. Frank** |
| **Tiffany Gaye Schaible FKA Tiffany** : | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| **White, AKA Tiffany G. Schaible** | |
| | |
| **Debtor(s)** | |
| : | |
| **Wells Fargo Bank, N.A.** : | **Date and Time of Hearing** |
| : | **Place of Hearing** |
| **Movant,** : | **September 26, 2018 at 10:00 a.m.** |
| : | |
| **vs** : | |
| : | **U.S. Bankruptcy Court** |
| **Darrell Stanley Schaible AKA Darrell** : | **900 Market Street, Courtroom #1** |
| **Schaible** : | **Philadelphia, PA, 19107** |
| **Tiffany Gaye Schaible FKA Tiffany** : | |
| **White, AKA Tiffany G. Schaible** | |

**Robert H. Holber**

        **Respondents.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Certification of No Objection Regarding Motion for Relief from the Automatic Stay with 30 day waiver with the Court to permit Wells Fargo Bank, N.A. to foreclose on 3697 Robin Rd, Furlong, PA 18925 and Abandonment of Property was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

Robert H. Holber, Chapter 7 Trustee, 41 East Front Street, Media, PA 19063

William D. Schroeder Jr., Attorney for Darrell Stanley Schaible AKA Darrell Schaible and Tiffany Gaye Schaible FKA Tiffany White, AKA Tiffany G. Schaible, 920 Lenmar Drive, Blue Bell, PA 19422, schroeder@jrlaw.org

17-041429_LMS1

The below listed parties were served via regular U.S. Mail, postage prepaid, on September  18 , 2018:

   Darrell Stanley Schaible AKA Darrell Schaible and Tiffany Gaye Schaible FKA Tiffany White, AKA Tiffany G. Schaible, 3697 Robin Road, Furlong, PA  18925

   Darrell Stanley Schaible AKA Darrell Schaible and Tiffany Gaye Schaible FKA Tiffany White, AKA Tiffany G. Schaible, 3697 Robin Rd, Furlong, PA 18925

   Citizens Bank, N.A., 1 Citizens Drive, Mailstop ROP15B, Riverside, RI  02915


DATE:   9/18/18

/s/ Karina Velter

Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

17-041429_LMS1