## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 17-12994-elf |
| **Darrell Stanley Schaible AKA Darrell Schaible** | : | Chapter 7 |
| | : | Judge Eric L. Frank |
| **Tiffany Gaye Schaible FKA Tiffany White, AKA Tiffany G. Schaible** | : | * * * * * * * * * * * * * * * * * * * |
| | | |
| **Debtor(s)** | | |
| | : | |
| **Wells Fargo Bank, N.A.** | : | Date and Time of Hearing |
| | : | Place of Hearing |
| Movant, | : | September 26, 2018 at 10:00 a.m. |
| vs | : | |
| | : | U.S. Bankruptcy Court |
| **Darrell Stanley Schaible AKA Darrell Schaible** | : | 900 Market Street, Courtroom #1 |
| | : | Philadelphia, PA, 19107 |
| **Tiffany Gaye Schaible FKA Tiffany White, AKA Tiffany G. Schaible** | : | |
| | | |
| **Robert H. Holber** | | |
| Respondents. | | |

### ORDER OF COURT

AND NOW, this 26th day of September, 2018, upon consideration of the Motion for Relief from the Automatic Stay filed by Wells Fargo Bank, N.A. ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of Wells Fargo Bank, N.A.in and to the Real Property of Debtor located at 3697 Robin Rd, Furlong, PA 18925 and more particularly described in the Mortgage, recorded May 30, 2013, at Instrument Number 2013044871.

~~IT IS FURTHER ORDERED that the Estate's interest in the Property referred to in the Motion is hereby abandoned to the Movant, and the Movant may proceed with the sale or other disposition of the property.~~

Compliance with Federal Rule of Bankruptcy Procedure 3002.1 is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

**Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**