United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Darrell Stanley Schaible
Tiffany Gaye Schaible
    Debtors

Case No. 17-12994-elf
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: ChrissyW   Page 1 of 1   Date Rcvd: Sep 27, 2018
                  Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2018.
db/jdb     +Darrell Stanley Schaible,   Tiffany Gaye Schaible,   3697 Robin Road,   Furlong, PA 18925-1169

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2018 at the address(es) listed below:
      KARINA VELTER   on behalf of Creditor   WELLS FARGO BANK, N.A. amps@manleydeas.com
      MATTEO SAMUEL WEINER   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
      PETER E. MELTZER   on behalf of Creditor   OneMain Financial of Pennsylvania, Inc. bankruptcy@wglaw.com, mrivera@wglaw.com
      ROBERT H. HOLBER   trustee@holber.com, rholber@ecf.epiqsystems.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM D. SCHROEDER, JR   on behalf of Joint Debtor Tiffany Gaye Schaible schroeder@jrlaw.org, Healey@jrlaw.org
      WILLIAM D. SCHROEDER, JR   on behalf of Debtor Darrell Stanley Schaible schroeder@jrlaw.org, Healey@jrlaw.org
      TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 17-12994-elf |
| **Darrell Stanley Schaible AKA Darrell Schaible** | : Chapter 7 |
| | : Judge Eric L. Frank |
| **Tiffany Gaye Schaible FKA Tiffany White, AKA Tiffany G. Schaible** | : * * * * * * * * * * * * * * * * * * * |
| Debtor(s) | |
| | : |
| **Wells Fargo Bank, N.A.** | : Date and Time of Hearing |
| | : Place of Hearing |
| Movant, | : September 26, 2018 at 10:00 a.m. |
| vs | : |
| | : U.S. Bankruptcy Court |
| **Darrell Stanley Schaible AKA Darrell Schaible** | : 900 Market Street, Courtroom #1 |
| | : Philadelphia, PA, 19107 |
| **Tiffany Gaye Schaible FKA Tiffany White, AKA Tiffany G. Schaible** | : |
| **Robert H. Holber** | |
| Respondents. | |

## ORDER OF COURT

AND NOW, this 26th day of September, 2018, upon consideration of the Motion for Relief from the Automatic Stay filed by Wells Fargo Bank, N.A. ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of Wells Fargo Bank, N.A. in and to the Real Property of Debtor located at 3697 Robin Rd, Furlong, PA 18925 and more particularly described in the Mortgage, recorded May 30, 2013, at Instrument Number 2013044871.

~~IT IS FURTHER ORDERED that the Estate's interest in the Property referred to in the Motion is hereby abandoned to the Movant, and the Movant may proceed with the sale or other disposition of the property.~~

Compliance with Federal Rule of Bankruptcy Procedure 3002.1 is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

**Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**