UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Tiffany Gaye Schaible         :        Chapter 7
                                       :
                                       :
         Debtor                        :        No.:   17-12994-elf

**Praecipe to Change Address**

Please be advised that Tiffany Gaye Schaible, referenced debtor has moved from:

3697 Robin Road
Furlong, PA 18925

to:

1522 Carol Court
Jamison, PA 18929


/s/ William D. Schroeder, Jr.
William D. Schroeder, Jr.
Attorney for Debtors
920 Lenmar Drive
Blue Bell, PA 19422
215-822-2728
schroeder@jrlaw.org