United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Darrell Stanley Schaible  
Tiffany Gaye Schaible  
    Debtors

Case No. 17-12994-elf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW        Page 1 of 2        Date Rcvd: Nov 09, 2018  
                      Form ID: 318        Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2018.

```
db           +Darrell Stanley Schaible,    3697 Robin Road,    Furlong, PA 18925-1169
jdb          +Tiffany Gaye Schaible,    1522 Carol Court,    Jamison, PA 18929-1783
13908955     +Anthem Blue Cross - Central Region,    Dept. WRX,    P.O. Box 727,    Wilkes Barre, PA 18703-0727
13970233     +Apex Asset Manangement LLC.,    PO BOX 5407,    Lancaster PA 17606-5407
13908956      Apext Asset Management LLC,    2501 Oregon Pike, Suite 102,    Lancaster, PA 17601-4890
13969770      CACH, LLC its successors and assigns as assignee,    of Avant,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
13908959     +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
               Saint Louis, MO 63179-0040
13908960     +Citizens Bank, N.A.,    1 Citizens Drive,    Mailstop ROP15B,    Riverside, RI 02915-3026
13969675      Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA  98083-0657
13908962     +Fed Loan Sevicing,    Po Box 69184,    Harrisburg, PA 17106-9184
13908963     +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
13995597    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,    P.O. Box 619096,
               Dallas, TX 75261-9741)
13908967     +NationStar Mortgage,    Bankruptcy Department,    PO Box 619094,    Dallas, TX 75261-9094
13908968      One Main,    187 Kenwood Drive N,    Suite C,    Levittown, PA 19055-2460
13971000      U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
               Harrisburg, PA  17106-9184
13908973     +Virtua Health Memorial,    2 Brighton Road,    Clifton, NJ 07012-1663
13908974     +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QRHHOLBER.COM Nov 10 2018 07:23:00      ROBERT H. HOLBER,    Robert H. Holber PC,
               41 East Front Street,    Media, PA 19063-2911
smg           E-mail/Text: megan.harper@phila.gov Nov 10 2018 02:32:28      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 10 2018 02:32:13      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13963842      EDI: BECKLEE.COM Nov 10 2018 07:23:00      American Express Centurion Bank,
               c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
13908954     +EDI: AMEREXPR.COM Nov 10 2018 07:23:00      Amex,    Correspondence,    Po Box 981540,
               El Paso, TX 79998-1540
13908957     +E-mail/Text: bk@avant.com Nov 10 2018 02:32:49      Avant Credit, Inc,    640 N La Salle St,
               Suite 535,    Chicago, IL 60654-3731
13954623      EDI: BL-BECKET.COM Nov 10 2018 07:23:00      Capital One, N.A.,    c/o Becket and Lee LLP,
               PO Box 3001,    Malvern PA 19355-0701
13908958      EDI: CHASE.COM Nov 10 2018 07:23:00      Chase Card,    Attn: Correspondence,    Po Box 15298,
               Wilmington, DE 19850-5298
13908961      EDI: WFNNB.COM Nov 10 2018 07:23:00      Comenity Bank/Victoria Secret,    Po Box 18215,
               Columbus, OH 43218
13908964      EDI: IRS.COM Nov 10 2018 07:23:00      Internal Revenue Service,
               Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
13908965     +EDI: CBSKOHLS.COM Nov 10 2018 07:23:00      Kohls/Capital One,    Kohls Credit,    Po Box 3043,
               Milwaukee, WI 53201-3043
13941522      EDI: RESURGENT.COM Nov 10 2018 07:23:00      LVNV Funding, LLC its successors and assigns as,
               assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
13968361     +EDI: MID8.COM Nov 10 2018 07:23:00      MIDLAND FUNDING LLC,    PO BOX 2011,
               WARREN, MI 48090-2011
13908966     +EDI: TSYS2.COM Nov 10 2018 07:23:00      Macy's,    Bankruptcy Processing,    PO Box 8053,
               Mason, OH 45040-8053
13913029      EDI: AGFINANCE.COM Nov 10 2018 07:23:00      ONEMAIN,    P.O. BOX 3251,
               EVANSVILLE, IN 47731-3251
13908969     +EDI: AGFINANCE.COM Nov 10 2018 07:23:00      OneMain Financial,    605 Munn Road,
               Fort Mill, SC 29715-8421
13999421      EDI: PRA.COM Nov 10 2018 07:23:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
               Norfolk, VA 23541
13910357     +EDI: PRA.COM Nov 10 2018 07:23:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
13919624      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 10 2018 02:31:37
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, Pa. 17128-0946
13964842      EDI: Q3G.COM Nov 10 2018 07:23:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,    Kirkland, WA 98083-0788
13908970     +EDI: RMSC.COM Nov 10 2018 07:23:00      Syncb/Toys 'R' Us,    Po Box 965064,
               Orlando, FL 32896-5064
13908971     +EDI: RMSC.COM Nov 10 2018 07:23:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
               Po Box 956060,    Orlando, FL 32896-0001
```

```
District/off: 0313-2           User: ChrissyW              Page 2 of 2                   Date Rcvd: Nov 09, 2018
                               Form ID: 318                Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13961333      +E-mail/Text: bncmail@w-legal.com Nov 10 2018 02:32:04      TD BANK USA, N.A.,
               C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
13908972      +EDI: WTRRNBANK.COM Nov 10 2018 07:23:00      Target,    C/O Financial & Retail Srvs,
               Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
13945328      +EDI: AIS.COM Nov 10 2018 07:23:00      Verizon,    by American InfoSource LP as agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14031319      +EDI: WFFC.COM Nov 10 2018 07:23:00      Wells Fargo Bank, N.A.,    Attn: Payment Processing,
               MAC #X2302-04C,    One Home Campus,    Des Moines, IA 50328-0001
                                                                                              TOTAL: 26

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA 17128-0946
13917981*     +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3026
14010776*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,     PO Box 41067,
                 Norfolk, VA 23541)
                                                                                            TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2018 at the address(es) listed below:

```
              KARINA   VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              PETER E. MELTZER    on behalf of Creditor    OneMain Financial of Pennsylvania, Inc.
               bankruptcy@wglaw.com, mrivera@wglaw.com
              ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM D. SCHROEDER, JR    on behalf of Joint Debtor Tiffany Gaye Schaible schroeder@jrlaw.org,
               Healey@jrlaw.org
              WILLIAM D. SCHROEDER, JR    on behalf of Debtor Darrell Stanley Schaible schroeder@jrlaw.org,
               Healey@jrlaw.org
                                                                                              TOTAL: 8
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Darrell Stanley Schaible** | Social Security number or ITIN | **xxx–xx–2068** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Tiffany Gaye Schaible** | Social Security number or ITIN | **xxx–xx–8969** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | | |
| Case number:  **17–12994–elf** | | | |

# Order of Discharge                                                                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Darrell Stanley Schaible
aka Darrell Schaible

Tiffany Gaye Schaible
aka Tiffany G. Schaible, fka Tiffany White

11/9/18

**By the court:**  Eric L. Frank
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                          **Order of Discharge**                                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**